MAYNARD N. CLEMENT, as State Commissioner of Excise, Respondent, *v.* THOMAS LUNAN, Defendant.

FEDERAL UNION SURETY COMPANY, Appellant.

*Clement* v. *Lunan,* 116 App. Div. 909, affirmed.
(Argued October 1, 1907; decided October 15, 1907.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 13, 1906, which affirmed an order of Special Term granting a motion for a retaxation of costs.

The following question was certified: " Does the limitation in section 18 of the Liquor Tax Law, as to the amount of recovery, prevent a plaintiff from taxing costs and disbursements and adding same to the verdict when the verdict is for the full penalty of the bond ? "

*Charles S. Mackenzie, Cortland A. Kiernan* and *Crowley Wentworth* for appellant.

*Frank Hopkins* for respondent.

Order affirmed, with costs; question certified answered in the negative; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.